IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VERISSIMO TAVARES, | : | |
| Petitioner, | : | 1:20-cv-0834 |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| WARDEN QUAY, | : | |
| Respondent. | : | |

## **ORDER**

### **July 30, 2020**

NOW THEREFORE, upon preliminary review of the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. 1), *see* R. Governing § 2254 CASES R. 4, 1(b), and for the reasons set forth in the Court's memorandum of the same date, it is hereby ORDERED that:

1. The Petition for Writ of Habeas Corpus (Doc. 1) is DISMISSED without prejudice.

2. The Clerk of Court is directed to CLOSE this case and NOTIFY Petitioner.

    _s/ John E. Jones III
John E. Jones III, Chief Judge
United States District Court
Middle District of Pennsylvania